IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

CHARLES HORTON
also known as
Charlie Horton,

   Defendant.

CRIMINAL FILE NO.
1:11-CR-427-1-TWT

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 44] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss [Doc. 27]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 27] is DENIED.

SO ORDERED, this 16 day of November, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge