## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **CHARLES HORTON,** | : | **MOTION TO VACATE** |
| Movant, | : | **28 U.S.C. § 2255** |
| | : | |
| v. | : | **CRIMINAL INDICTMENT NO.** |
| | : | **1:11-CR-0427-TWT-AJB-1** |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent. | : | **CIVIL FILE NO.** |
| | : | **1:17-CV-4697-TWT-AJB** |

## UNITED STATES MAGISTRATE JUDGE'S
## SUPPLEMENT TO FINAL REPORT AND RECOMMENDATION

The matter is before the Court on Movant's amended 28 U.S.C. § 2255 motion, filed on December 21, 2017, [Doc. 320], after the undersigned recommended that his § 2255 motion filed on November 20, 2017, [Doc. 316], be dismissed as a successive § 2255 motion. For the same reasons as stated in the December 19, 2017, Final Report and Recommendation, [Doc. 318], **IT IS RECOMMENDED** that Movant's amended § 2255 motion, [Doc. 320], be **DISMISSED** and that a certificate of appealability be **DENIED**.

**IT IS SO RECOMMENDED**, this 2d day of January, 2018.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)