IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

CHARLES HORTON
also known as
Charlie Horton,

   Defendant.

CRIMINAL FILE NO.
1:11-CR-427-1-TWT

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 318] of the Magistrate Judge recommending dismissing the Defendant's Motion to Vacate Sentence [Doc. 316]. This is clearly a successive motion to vacate sentence, and the Defendant has not obtained the permission of the Court of Appeals to file it. Whether the Defendant knew of the Supreme Court's opinion in Mathis v. United States is entirely irrelevant. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 316] is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 13 day of March, 2018.


                                        /s/Thomas W. Thrash
                                        THOMAS W. THRASH, JR.
                                        United States District Judge