IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHARLES HORTON<br>also known as<br>Charlie Horton,<br><br>    Defendant. | CRIMINAL FILE NO.<br>1:11-CR-427-1-TWT |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 342] of the Magistrate Judge recommending dismissing the Defendant's Motion to Vacate Sentence [Doc. 341]. The Defendant's Objections to the Report and Recommendation are entirely without merit. The Defendant's Motion to Vacate Sentence is clearly a successive Petition and the Defendant was required to have permission from the Court of Appeals before filing it. The permission requirement is not in any way dependent upon whether the successive Petition makes the same or different claims. That is why the Report and Recommendation is so short. The Defendant's claim that the Court lacks subject matter jurisdiction is frivolous. The Defendant's Motion to Vacate Sentence [Doc. 341] is DENIED. No Certificate of

Appealability will be issued.

SO ORDERED, this 20 day of November, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge